IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT A. SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCHNEIDER NATIONAL CARRIERS, INC. | : | NO. 13-6603 |

FILED
JAN 0 6 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 6 day of January, 2014 upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

### ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion to Remand (Doc. 5) is **GRANTED**; and

3. The above-captioned case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

_____
EDUARDO C. ROBRENO,           J.